Danny **FABRICANT**, Petitioner-Appellant,

v.

**J. T. SHARTLE, Warden,** Respondent-Appellee.

No. 17-16275

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 *

Filed December 20, 2017

---

Danny Fabricant, Pro Se

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

Federal prisoner Danny Fabricant appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2241 habeas petition. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the dismissal of a section 2241 petition, *see Alaimalo v. United States*, 645 F.3d 1042, 1047 (9th Cir. 2011); and we affirm.

In his section 2241 habeas petition, Fabricant challenged the constitutionality of Ninth Circuit General Order 6.11, which permits a motions panel to reject on behalf of the court a motion for en banc reconsideration of an unpublished order. This claim is not cognizable under section 2241 because it does not concern "the manner, location, or conditions of [his] sentence's execution." *Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 2000). The district court therefore properly dismissed Fabricant's section 2241 petition.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.